Ephrain **RELIFORD, Jr.,**
Plaintiff–Appellant,

v.

Laura **PAIGE; Jackaleane Lawson;**
Captain Don, Defendants–
Appellees.

No. 01–6685.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Oct. 17, 2001.

Ephrain Reliford, Jr., pro se. Vinton DeVane Lide, Vinton D. Lide & Associates, Lexington, SC, for appellees.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

PER CURIAM.

Ephrain Reliford, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Reliford v. Paige,* No. CA–00–210–17BC–3 (D.S.C. filed Mar. 30, 2001; entered Apr. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*